UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-22870-CIV-JORDAN

| | | |
|---|---|---|
| EDDIE SLATTERY | ) | **CLOSED** |
| Petitioner | ) | **CIVIL** |
| vs. | ) | **CASE** |
| STATE OF FLORIDA | ) | |
| Respondent | ) | |

### ORDER DISMISSING HABEAS PETITION AND CLOSING CASE

Upon de novo review of the record, I adopt Magistrate Judge White's report and recommendation [D.E. 6], to which no objections have been filed. For the reasons set for the report, Mr. Slattery's habeas corpus petition is dismissed without prejudice for lack of jurisdiction because it is a successive petition and because Mr. Slattery has not obtained the necessary Eleventh Circuit permission to file. *See* 28 U.S.C. § 2244(b)(3)-(4).

This case is closed.

Done and ordered in chambers at Miami, Florida, this 14k ____ day of February, 2011.

_____
Adalberto Jordan
United States District Judge

Copies to Magistrate Judge White and Eddie Slattery, pro se, DC # 059407, Hardee C.I., 6901 State Road 62, Bowling Green FL 33834.